FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Elkins #467656
(Last Name)    (Identification Number)

Jeffrey Mitchell
(First Name)    (Middle Name)

Harrison Co ADC
(Institution)

4506 Marlena St Unit 15
Bossier City, LA 71111
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 20 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

Lee Rusell  OFFICIAL / INDIVIDUAL
Matt Haley  OFFICIAL / INDIVIDUAL
Justin Wetzel  INDIVIDUAL / OFFICIAL
County & Circuit Court Judges of Record, OFFICIAL
(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 1:25cv349 LGBWR
(to be completed by the Court)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?    Yes ( )   No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Jeffrey Mitchell Elkins  Prisoner Number: Booking # 467656
Address: Harrison County Adult Detention Center
4506 Marlena St. Unit 15
Bosier City, LA 71111

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Lee Russell 1900 22nd Ave Gulfport MS 39501 is employed as Attorney at ~~Harrison Co Public Defender's office~~

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                                    ADDRESS:

DEFENDANT(S):

NAME:                                    ADDRESS:
Justin Wetzel Circuit Clerk  POBox 998 Gulfport MS 39502
Presiding Circuit Court Judge (unknown) POBox 1461 Gulfport MS 39502
County Court Judge (unknown) POBox 1461 Gulfport MS 39502
Sheriff Matt Haley, Harrison Co.  Larkin Smith Rd Gulfport MS

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (X)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No (X), if so, state the results of the procedure: _____

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No (X)

   2. State how your claims were presented (written request, verbal request, request for forms): *It would be futile to present the claims herein to jail staff.*

   3. State the date your claims were presented: _____

   4. State the result of the procedure: _____

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Defendants have acted in coordination to violate the Plaintiff's Due Process Rights. Elkins is a pretrial detainee at Harrison Co ADC who has not had a chance to be heard. He's not seen a judge since he's been detained. Therefore there's been no finding of probable cause, no finding of him being either a danger to the community or a flight risk concerning the matter of bail. He was coerced by the Public Defenders office to waive his right to a prelim hearing, being told to choose a bail hearing or prelim even though he's entitled to both. Sheriff Haley holds Elkins despite his right to a PR bond. Judges & Clerk have not held an individualized bail hearing pursuant to M.R.Cr.P 6.2(a) & 8.5(c). Elkins has been detained since April 27, 2025 w/o a prob cause hearing & he is still unindicted.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Relief sought: Injunction. Order the Harrison Co state and county officials to follow the Mississippi Rules of Criminal Procedure relating to initial appearances, Preliminary Hearings, Bond Hearings (8.5(c)). Order Court appointed attorneys to help enforce rights of defendants.

Signed this 16th day of November, 2025.

_Signature of plaintiff_ 467656
prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

16 NOV 2025
(Date)

_Signature of plaintiff_

4